IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Sidney L. McDonald,<br><br>                      Plaintiff,<br><br>vs.<br><br>Green Energy Solutions, Inc., et al.,<br><br>                      Defendants. | Case No: 4:14-cv-02589-RBH<br><br>**ORDER OF STAY** |

      Plaintiff Sidney L. McDonald ("Plaintiff") died on or about May 14, 2015. On May 29, 2015, a conference call was held with chambers regarding the recent death of the Plaintiff, during which the parties requested a stay of this case to allow appointment of a personal representative as well as the continuation of ongoing settlement negotiations. On June 9, 2015, the Plaintiff filed a Consent Motion to Stay this litigation until September 1, 2015. The parties have agreed to withdraw all pending motions to dismiss without prejudice to any party's right to refile its motion if it so chooses, and to extend all associated deadlines.

      IT IS HEREBY ORDERED that this case be stayed until September 1, 2015, at which time the stay will automatically expire. All pending motions to dismiss, Docket Numbers 28, 41 and 81, have been withdrawn. The deadlines for (a) Carolina Piping's response to Plaintiff's Complaint [Docket No. 1], and (b) ArborOne's response to Carolina Piping and Rigging's Management, LLC's Amended Crossclaim [Docket No. 65], are extended through and including September 10, 2015. Should the parties fail to resolve this case before expiration of the stay, the parties shall submit a proposed Amended Scheduling Order on or before September 21, 2015.

|  |  |
|---|---|
| Dated: June 11, 2015<br>Florence, South Carolina | s/ R. Bryan Harwell<br>R. Bryan Harwell<br>United States District Judge |

1